UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| David Sauter | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-11784 ELF |

## ORDER GRANTING DEBTOR'S MOTION TO RE-OPEN CHAPTER 13 BANKRUPTCY CASE IN ORDER TO RECEIVE A DISCHARGE

AND NOW, this _____ day of _____, 2017 upon consideration of the Motion of David Sauter to Re-Open Bankruptcy Case to Receive a Discharge, it is hereby:

ORDERED and DECREED that said Chapter 13 case is herby re-opened for the purpose of the Debtors receiving their Discharge Order;

FURTHER ORDERED:

_____
Chief Judge Eric L. Frank